**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| FLORENCE GOSSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-00094-RLY-DLP |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, FLORENCE GOSSER, through the undersigned, hereby informs this Honorable Court that the parties to this matter have reached a settlement agreement and are in the process of finalizing, and executing, settlement documents. Plaintiff anticipates that the settlement will be completed in 60-90 days.

Accordingly, Plaintiff requests the Court vacate any dates currently set on calendar for the present matter.

Respectfully submitted,

Dated: July 3, 2019

/s/ Adam T. Hill
Adam T. Hill
**KROHN & MOSS, LTD.**
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-861-1390
ahill@consumerlawcenter.com

Attorneys for Plaintiff
FLORENCE GOSSER

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                                            /s/ Adam T. Hill
                                            Adam T. Hill