# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

FLORENCE GOSSER,

               Plaintiff,

           v.

CAPITAL ONE BANK (USA), N.A.,

               Defendant.

Case No.: 1:19-cv-00094-RLY-DLP

*ELECTRONICALLY FILED*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, Florence Gosser ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/Jeffrey D. Pilgrim (with permission)*
Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 939-0983
Email: jpilgrim@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Dir: (657) 236-3525
E: AdamT@jlohman.com
*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August 2019, I electronically filed the foregoing

Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 939-0983
Email: jpilgrim@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*
Ke Liu
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 939-0983
Email: kliu@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Dir: (657) 236-3525
E: AdamT@jlohman.com
*COUNSEL FOR PLAINTIFF*