**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| FLORENCE GOSSER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendants. | Case No: 1:19-cv-00094-RLY-DLP<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL**

Plaintiff, Florence Gosser ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Date:  8/27/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana